UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELINO NUNEZ,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN M. CORNWALL,<br><br>    Respondent. | No. 2:19-cv-0236-JAM-EFB P<br><br><br><br>ORDER |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 28, 2019, the court issued findings and recommendations, which recommended dismissal of this action after petitioner failed to pay the filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). ECF No. 5. Thereafter, objections were purportedly filed on petitioner's behalf. ECF No. 6. Petitioner, however, did not sign the objections and as a result, they must be disregarded. *See* Fed. R. Civ. P. 11(a). In an abundance of caution, the court will grant petitioner an extension of time to file an application for leave to proceed in forma pauperis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The unsigned objections (ECF No. 6) are disregarded; and
2. Petitioner has 30 days from the date of this order to file an application for leave to proceed in forma pauperis. The Clerk of the Court is directed to mail to petitioner a

1

form application for leave to proceed in forma pauperis. Should petitioner fail to timely comply, the findings and recommendations will be submitted to the district judge for consideration.

DATED: April 18, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE